# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Champion, et al.

              Plaintiffs,

   v.

Does,

              Defendants.

Civil Action No. 1:22-cv-02697 (CKK)

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY

Having considered Plaintiff's Ex Parte Motion for Expedited Discovery, the lack of any stated opposition thereto, and the entire record herein, the Court finds that Plaintiff's motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that plaintiffs' motion is granted and Plaintiff has 160 days to send expedited discovery related to the following information:

i. The identity and role of the parties (including Sellers, Brokers, Callers, and Lead Generators) involved in the calls and text messages sent to Plaintiffs and class members,

ii. The identity, actions, and business arrangements of the parties who may be individually or vicariously liable for this spam, and

iii. What and who each URL component involved in any of the spam identifies.

**FURTHER ORDERED** that parties provide full and complete responses, and produce documents or information, within 14 days of the service of a subpoena. The responses must include all information that helps to identify the parties, including all names, addresses, emails, phone numbers, and any other relevant information.

    SO ORDERED

Dated: _____       _____
                                                      The Honorable Judge Colleen Kollar-Kotelly
                                                      United States District Judge